JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

REZA ERIC NOURI,

              Petitioner,

              v.

JENNIFER HERRERA, Assistant Field Office Director, Orange County Detained Program, Los Angeles Field Office of U.S. Immigration and Customs Enforcement,

              Respondent.

Case No. 8:25-cv-01905-JFW (DTB)

**J U D G M E N T**

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Immigration and Customs Enforcement's ("ICE") revocation of Petitioner's Order of Supervision and subsequent redetention violated federal law and the Due Process Clause of the Fifth Amendment to the United States Constitution; and (a) Respondent and her officers, agents, employees, attorneys and persons acting on her behalf in concert or in participation with her, are enjoined from:  (i) Redetaining Petitioner without notice and an individualized predetention

1

hearing before a neutral arbiter at which it is determined that detention is lawful and warranted under the applicable statutes and regulations either because Petitioner has violated a term of his Order of Supervision or because his removal from the United States is significantly likely in the reasonably foreseeable future, including that Respondent has procured travel documents for Petitioner and that such documents are in the possession of ICE; and (ii) removing Petitioner to any third country without appropriate notice and an opportunity to be heard in accordance with any applicable ICE regulations, including the opportunity to assert a torture-based and/or fear-based objection.

Dated: May 26, 2026

JOHN F. WALTER
United States District Judge

2